

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-17-00200-CV

_____

ENDOSCOPY GP, LLC AND AMARILLO ENDOSCOPY CENTER, L.P., APPELLANTS

V.

AMERIPRIDE SERVICES, INC., APPELLEE

On Appeal from the County Court at Law No. 2
Potter County, Texas
Trial Court No. 105786-2; Honorable Pamela Cook Sirmon, Presiding

July 17, 2017

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before this court is *Appellants' Joint Motion to Set Aside the Trial Court's Judgment and Remand to Trial Court* of Appellants, Endoscopy GP, LLC and Amarillo Endoscopy Center, L.P., and Appellee, Ameripride Services, Inc. In their joint motion, the parties request that we set aside the trial court's judgment and remand the case to the trial court for rendition of a judgment in accordance with the parties' agreement.

To accord the trial court with jurisdiction to accomplish the relief requested by the parties and effectuate their agreement, we grant the motion and, without passing on the merits of the appeal, set aside the trial court's judgment, and remand the cause to the trial court for rendition of judgment in accordance with the agreement of the parties. *See* TEX. R. APP. P. 42.1(a)(2)(B). Pursuant to the motion, all costs on appeal should be taxed against the parties incurring them. *Id.* at 42.1(d). Having set aside the judgment at the request of the parties, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam